FILED
RICHARD W. NAGEL
CLERK OF COURT

3/8/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTIE W. DAVIS,<br><br>Defendant. | CASE NO. 3:21-cr-20 _____<br><br>JUDGE Michael Merz _____<br><br>INFORMATION<br><br>18 U. S. C. § 641<br><br>(MISDEMEANOR) |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

From in or about January 2016, and continuing through in or about December 2019, in the Southern District of Ohio, the defendant, **SCOTTIE W. DAVIS**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof, namely, Social Security benefits.

In violation of 18 U.S.C. § 641.

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

_____
**TIMOTHY LANDRY (MA 669554)**
SPECIAL ASSISTANT U.S. ATTORNEY